UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Case No.: 17-cv-14441**

WMD Guns, LLC

    Plaintiff

v.

Rock River Arms, Inc.

    Defendants

_____/

**MEDIATOR'S REPORT**

COMES NOW the undersigned JAMS mediator who reports to the Court that the parties mediated the above-captioned case on May 30, 2018. The mediator/neutral reports that the parties were able to reach an agreement and the case is settled.

Respectfully submitted this 30th day of May, 2018.

*[signature]*

Jeffrey Grubman, ESq.
JAMS Mediator/Neutral
Wednesday, May 30, 2018

*Copies furnished to:*
    *Counsel of Record, Clerk of Court, Presiding Judge*